

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00228-CV

Yolanda **VEGA**,
Appellant

v.

**CAF MANAGEMENT DBA SOLARA APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-01456
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: August 6, 2025

DISMISSED FOR WANT OF PROSECUTION

Pro se appellant Yolanda Vega appeals the trial court's March 28, 2025 judgment. Appellant's brief was originally due June 23, 2025 and was not filed. On June 25, 2025, we ordered appellant to file, by July 10, 2025: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or otherwise responded to our order.

Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution.

*See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM